No. 92–6270. ABATE v. GOLDSMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6272. TROUTMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6273. SASSI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6275. MICKENS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6279. HUNTER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–6283. FRIEDMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6284. KWASNY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6286. BYRD, AKA WARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6295. LUERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6300. EVANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6301. HENNINGHAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–111. DIXON, WARDEN, ET AL. v. WILLIAMS. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Motion of Criminal Justice Legal Foundation for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 92–530. GEORGE BASCH CO., INC. v. BLUE CORAL, INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–533. ADAMS, A MINOR CHILD, BY AND THROUGH HER NEXT FRIEND, RIDGELL, ET AL. v. CHILDREN'S MERCY HOSPITAL ET AL. Sup. Ct. Mo. Certiorari denied. JUSTICE WHITE would grant certiorari.